# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Cathie Cooper, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| V. | ) Case No. 09-3249-CV-S-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

Pending before the Court is *Plaintiff's Motion For Attorney Fees and Costs Under the Equal Access To Justice Act*, filed September 24, 2010. [Doc. 20]. Defendant opposes the plaintiff's motion inasmuch as the motion for fees was filed a single day outside of the 30 day deadline set out in the EAJA.[1] Inasmuch as the Court finds the single-day delay excusable in this case and most certainly would have granted a single-day extension had it been requested to do so[2], the Court also finds that principles of equity dictate that a denial of fees in the amount of $8,224.75 and $350.00 in costs simply because they were requested a single day outside of an admittedly non-jurisdictional time requirement is far too harsh, particularly since the defendant

---

[1] Defendant does not argue that the Commissioner's position was substantially justified or that the amount of the fee request was unreasonable.

[2] Defendant argues that Plaintiff did not file a motion to file her application for EAJA fees out of time. The Court notes that Defendant filed a sur-reply in this matter without seeking leave of court to do so.

cites no prejudice from the delay – other than its need to rely upon the assumption that cases can be closed on the date the 30 day time period expires.

Accordingly, it is

**ORDERED** that *Plaintiff's Motion For Attorney Fees and Costs Under the Equal Access To Justice Act*, filed September 24, 2010. [Doc. 20] is **GRANTED**. Plaintiff is awarded $8,224.75 in EAJA fees and $350 reimbursement of filing fees.

                                  */s/ John T. Maughmer*
                               **JOHN T. MAUGHMER**
                             **U. S. MAGISTRATE JUDGE**